JOHN MOLLER, Respondent, *v*. THE PEOPLES NATIONAL BANK OF BROOKLYN, Appellant.

(Submitted January 4, 1932; decided January 6, 1932.)

*Lester J. Moller* for motion.

*Marshall McLean* opposed.

Motion denied as to the judgment and granted as to the order.